UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

IN RE: Kevin F. Carney                                          M. B. D. # 04-10227

### ORDER OF TERM SUSPENSION

PER CURIAM                                                         August 23, 2004
                                                                            ~~April 16, 2004~~

    The Court having been advised that Kevin F. Carney has been suspended by the Supreme Judicial Court from the practice of law at the bar of the Commonwealth of Massachusetts for an indefinite period. Kevin F. Carney is likewise forthwith suspended from the practice of law at the bar of the United States District Court for the District of Massachusetts for a like period.

    Should Kevin F. Carney desire to invoke the procedures and make the showing required by Local Rule 83.6(2)(B)(ii), the Court shall be informed within 30 days of the date of this order and the Court will schedule a hearing thereon within 15 days following such notification as required by the Local Rule.

    Upon notification of action taken by Kevin F. Carney to invoke such procedures the Court will consider imposing reciprocal discipline pursuant to Local Rule 83.6(2)(C).

    Kevin F. Carney shall forthwith notify clients and opposing counsel in any cases now pending in this court and the Bankruptcy Court in this District of this order of term suspension.

Date _August 23, 2004_                                        _____
                                                                            District Judge